[No. 1873-1.     Division One.     October 15, 1973.]

DAVID A. EDERER, *Respondent,* v. HYTRONIC, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 750914, James W. Mifflin, J., entered July 18, 1972. *Affirmed* by unpublished opinion per James, J., concurred in by Horowitz and Williams, JJ.